**PETER S. CHRISTIANSEN, ESQ.**
Nevada Bar No. 5254
pete@christiansenlaw.com
**R. TODD TERRY, ESQ.**
Nevada Bar No. 6519
tterry@christiansenlaw.com
**KEELY P. CHIPPOLETTI, ESQ.**
Nevada Bar No. 13931
keely@christiansenlaw.com
**NINA T. MACHIN, ESQ.**
Nevada Bar No. 16923
nina@christiansenlaw.com
**JOEL BEKKER, ESQ.**
Nevada Bar No. 16171
jb@christiansenlaw.com
**CHRISTIANSEN TRIAL LAWYERS**
710 South 7th Street, Suite B
Las Vegas, Nevada 89101
Telephone: (702) 240-7979
Facsimile: (866) 412-6992
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

Spencer Fleek and Cassandra Fleek, as Co-Special Administrators of the ESTATE OF JACOBY ROBINSON JR., deceased; JACHAIL R., a minor, by and through Spencer Fleek and Cassandra Fleek, Proposed Guardians ad Litem; JAI'CEE S., a minor by and through Spencer Fleek and Cassandra Fleek, Proposed Guardians ad Litem; JA'CYLAND R., a minor, by and through Spencer Fleek and Cassandra Fleek, Proposed Guardians ad Litem;

Plaintiffs,

vs.

RICHARD WHITLEY, Director of the Nevada Department of Health and Human Services; MARLA MCDADE WILLIAMS, Administrator of the Nevada Division of Child and Family Services; KEVIN SCHILLER, Clark County Manager; CLARK COUNTY; JILL MARANO, Director of Clark County

CASE NO.: 2:26-cv-02418-DJA

**~~STIPULATION AND [PROPOSED]~~ ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE A RESPONSE TO INDIVIDUAL CLARK COUNTY DEFENDANTS' MOTION TO DISMISS AND IN THE ALTERNATIVE MOTION FOR MORE DEFINITIVE STATEMENT [ECF NO. 9]**

**(Second Request)**

Department of Family Services; MORENA VALDIVIESO, individually; FAMILY PROMISE OF LAS VEGAS, a Nevada Nonprofit Corporation; FANCHON SOLACE, individually; DOES I-X, inclusive; ROES XI-XX, inclusive,

Defendants.

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE A RESPONSE TO INDIVIDUAL CLARK COUNTY DEFENDANTS' MOTION TO DISMISS AND IN THE ALTERNATIVE MOTION FOR MORE DEFINITIVE STATEMENT [ECF NO. 9]**

Plaintiffs, Spencer Fleek and Cassandra Fleek, as Co-Special Administrators of the ESTATE OF JACOBY ROBINSON JR., deceased; JACHAIL R., a minor, by and through Spencer Fleek and Cassandra Fleek, Proposed Guardians ad Litem; JAI'CEE S., a minor by and through Spencer Fleek and Cassandra Fleek, Proposed Guardians ad Litem; and JA'CYLAND R., a minor, by and through Spencer Fleek and Cassandra Fleek, Proposed Guardians ad Litem (hereafter, collectively "Plaintiffs) and Defendants, KEVIN SCHILLER, JILL MARANO, and MORENA VALDIVIESO (hereinafter, collectively "Individual Clark County Defendants") and CLARK COUNTY, by and through their undersigned counsel, hereby stipulate and agree as follows regarding the briefing schedule in connection with Individual Clark County Defendants' Motion to Dismiss and in the Alternative Motion for More Definitive Statement [ECF No. 9], which was filed on August 31, 2026:

1. Plaintiffs' Response to Individual Clark County Defendants' Motion to Dismiss and in the Alternative Motion for More Definitive Statement, currently due by September 14, 2026, is now due by September 28, 2026;

2. Individual Clark County Defendants' Reply in Support of their Motion to Dismiss and in the Alternative Motion for More Definitive Statement will be due by October 13, 2026;

3. This is the first request for extension of time regarding the briefing schedule to Individual Clark County Defendants' Motion to Dismiss and in the Alternative Motion for More Definitive Statement;

4. Undersigned counsel for Plaintiffs has been, and continues to be, ill, which has substantially impacted counsel's ability to complete the necessary responses within the current deadlines. In addition, there are two separate pending motions to dismiss requiring responses, each of which involves distinct issues and requires substantial time and attention to adequately address. The requested extension will allow counsel sufficient time to recover and to prepare complete and meaningful responses to both motions. Accordingly, the parties respectfully submit that good cause exists to extend the applicable response deadlines; and

5. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| | |
|---|---|
| Dated this 11th day of September, 2026. | Dated this 11th day of September, 2026. |
| **CHRISTIANSEN TRIAL LAWYERS** | **KAEMPFER CROWELL** |
| */s/ Nina T. Machin*<br>PETER S. CHRISTIANSEN, ESQ.<br>Nevada Bar No. 5254<br>R. TODD TERRY, ESQ.<br>Nevada Bar No. 6519<br>KEELY P. CHIPPOLETTI, ESQ.<br>Nevada Bar No. 13931<br>NINA T. MACHIN, ESQ.<br>Nevada Bar No. 16923<br>JOEL BEKKER, ESQ.<br>Nevada Bar No. 16171<br>710 South 7th Street, Suite B<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiffs* | */s/ Travis C. Studdard*<br>LYSSA S. ANDERSON, ESQ.<br>Nevada Bar No. 5781<br>MELISSA SARAGOSA-STRATTON, ESQ.<br>Nevada Bar No. 7295<br>TRAVIS C. STUDDARD, ESQ.<br>Nevada Bar No. 16454<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br>*Attorneys for Defendants Clark County, Kevin Schiller, Jill Marano, and Morena Valdivieso* |

IT IS SO ORDERED:

______________________________________
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: September 15, 2026

CHRISTIANSEN TRIAL LAWYERS