LYSSA S. ANDERSON
Nevada Bar No. 5781
MELISSA SARAGOSA-STRATTON
Nevada Bar No. 7295
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
msaragosa-stratton@kcnvlaw.com
tstuddard@kcnvlaw.com
*Attorneys for Clark County Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Spencer Fleek and Cassandra Fleek, as Co-Special Administrators of the ESTATE OF JACOBY ROBINSON JR., deceased; JACHAIL R., a minor, by and through Spencer Fleek and Cassandra Fleek, Proposed Guardians ad Litem; JAI'CEE S., a minor by and through Spencer Fleek and Cassandra Fleek, Proposed Guardians ad Litem; JA'CYLAND R., a minor, by and through Spencer Fleek and Cassandra Fleek, Proposed Guardians ad Litem;

Plaintiffs,

vs.

RICHARD WHITLEY, Director of the Nevada Department of Health and Human Services; MARLA MCDADE WILLIAMS, Administrator of the Nevada Division of Child and Family Services; KEVIN SCHILLER, Clark County Manager; CLARK COUNTY; JILL MARANO, Director of Clark County Department of Family Services; MORENA VALDIVIESO, individually; FAMILY PROMISE OF LAS VEGAS, a Nevada Nonprofit Corporation; FANCHON SOLACE, individually; DOES I-X inclusive; ROES XI-XX, inclusive,

Defendants.

Case No.: 2:26-cv-02418-DJA

**~~STIPULATION AND~~ ORDER TO EXTEND DEADLINE FOR CLARK COUNTY DEFENDANTS' REPLIES IN SUPPORT OF MOTIONS TO DISMISS**

***First Request***

Plaintiffs, Spencer Fleek and Cassandra Fleek, as Co-Special Administrators of the Estate of Jacoby Robinson Jr., deceased; Jachail R., a minor, by and through Spencer Fleek and Cassandra Fleek, Proposed Guardians ad Litem; Jai'Cee S., a minor by and through Spencer Fleek and Cassandra Fleek, Proposed Guardians ad Litem; and Ja'Cyland R., a minor, by and through Spencer Fleek and Cassandra Fleek, Proposed Guardians ad Litem (hereafter, collectively "Plaintiffs"), and Defendants Clark County, Kevin Schiller, Jill Marano, and Morena Valdivieso (collectively, "Clark County Defendants") stipulate, through their respective counsel, to extend Clark Couty Defendants' November 13, 2026 deadline to file replies in support of the Motions to Dismiss or, in the Alternative, for More Definite Statement filed on October 23, 2026 (ECF Nos. 27–28), to December 4, 2026.

**STIPULATION**

1. On October 5, 2026, Plaintiffs and Clark County Defendants stipulated to the filing of Plaintiffs' First Amended Complaint. (ECF No. 23). The Court granted the stipulation on October 6, 2026. (ECF No. 24).

2. Plaintiffs filed their First Amended Complaint on October 9, 2026, which superseded Plaintiffs' original Complaint. (ECF No. 25).

3. On October 23, 2026, Clark County and the individual Clark County Defendants filed separate Motions to Dismiss or, in the Alternative, for More Definite Statement. (ECF Nos. 27–28).

4. On November 6, 2026, Plaintiffs filed Responses to the two motions. (ECF Nos. 33–34).

5. Clark County Defendants' replies in support of their Motions to Dismiss are currently due on November 13, 2026.

6. Plaintiffs and Clark County Defendants agree to extend Clark County Defendants'

deadline to file replies in support of the motions from November 13, 2026, to December 4, 2026.

7. Good cause supports the requested extension because Clark County Defendants' counsel has recently faced multiple competing deadlines in state and federal court, including deadlines pending before the Nevada Supreme Court, which have limited counsel's ability to complete the replies by the current deadline. The requested extension also accounts for the upcoming Thanksgiving holiday and will allow counsel sufficient time to prepare complete replies addressing the arguments raised in Plaintiffs' responses.

8. The requested extension will not affect any other case management deadlines, and no party will be prejudiced by this extension.

9. This is the first request to extend these deadlines, and it is made in food faith, supported by good cause, and not for the purpose of delay.

IT IS SO STIPULATED.

DATED this 13th day of November, 2026

By: */s/ Lyssa S. Anderson*
Lyssa S. Anderson (No. 5781)
Travis C. Studdard (No. 16454)
KAEMPFER CROWELL
1980 Festival Plaza Drive, Ste. 650
Las Vegas, Nevada 89135
***Attorneys for Clark County Defendants***

DATED this 13th day of November, 2026

By: */s/ Keely P. Chippoletti*
Peter S. Christiansen (No. 5254)
R. Todd Terry (No. 6519)
Keely P. Chippoletti (No. 13931)
Nina T. Machin (No. 16923)
Joel Bekker (No. 16171)
CHRISTIANSEN TRIAL LAWYERS
710 South 7th Street, Suite B
Las Vegas, Nevada 89101
***Attorneys for Plaintiffs***

**ORDER**

IT IS SO ORDERED:

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 16, 2026